U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 20 2026

JENNIFER P. LYONS, CLERK

BY
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

JOELFRY CABRERA

No. 2:26-cr-00062-LEW

# INDICTMENT

The Grand Jury charges:

**COUNT ONE**
**(Distribution of Controlled Substances)**

On about February 21, 2025, in the District of Maine, the defendant,

**JOELFRY CABRERA**

knowingly and intentionally distributed controlled substances, including 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the conduct described herein.

**COUNT TWO**
**(Distribution of Controlled Substances)**

On about March 20, 2025, in the District of Maine, the defendant,

**JOELFRY CABRERA**

knowingly and intentionally distributed controlled substances, including 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl -4-piperidinyl] propanamide (commonly known as fentanyl), in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the conduct described herein.

**COUNT THREE**
**(Distribution of Controlled Substances)**

On about March 24, 2025, in the District of Maine, the defendant,

**JOELFRY CABRERA**

knowingly and intentionally distributed controlled substances, including 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the conduct described herein.

**FIRST FORFEITURE NOTICE**

1. Upon conviction of the drug offenses charged in Counts One through Three of this Indictment, the defendant, **JOELFRY CABRERA**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

2. If any property described in Paragraph 1 above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

[redacted]

Signature Redacted – Original on file with the Clerk's Office

Assistant United States Attorney
Date: MAY 20, 2026