2:26-cr-00062-LEW

## Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 20 2026

JENNIFER P. LYONS, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Joelfry Cabrera |
| **Address: (City & State Only)** | Lawrence, Massachusetts |
| **Year of Birth and Age:** | 2003/22 years old |
| **Violations:** | Counts 1 through 3: Distribution of Controlled Substances, in violation of Title 21, United States Code, 841(a)(1). |
| **Penalties:** | Counts 1 through 3: Imprisonment of not less than 10 years and not more than life, or a fine not to exceed $10,000,000, or both. 21 U.S.C. §841(b)(1)(A).<br><br>Counts 1 through 3 are Class A felonies pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | Counts 1 through 3: Not less than 5 years and not more than life. 21 U.S.C. §841(b)(1)(A). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 through 3: Not more than 5 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 through 3: Life year less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Kurt Ormberg |
| **Detention Status:** | Warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Noah |

| | |
|---|---|
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |